# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **MARK SHANNON WHEELER,** | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION NO. 09-S-2322-E |
| **ATTORNEY GENERAL FOR THE STATE OF ALABAMA,** | ) | |
| Respondents. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on August 6, 2010, recommending that the petition for writ of habeas corpus be dismissed. The parties were allowed fifteen days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be, and hereby are, ADOPTED, and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED. A Final Judgment will be entered.

DONE this 14th day of September, 2010.

_____
United States District Judge